# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-03094-01-CR-S-RED |
| ) | |
| WILLIAM DOUGLAS MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts One and Two and the admission to the forfeiture allegations in Count Five of the Superseding Indictment filed on August 17, 2005, are now Accepted and the Defendant is Adjudged Guilty of such offenses. Sentencing will be set by subsequent Order of the Court.

                                                                */s/ Richard E. Dorr*
                                                           **RICHARD E. DORR**
                                                  **UNITED STATES DISTRICT JUDGE**

Date: November 21, 2006